IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DYKE EDWARD NELSON,                          No. 2:10-cv-2156 MCE JFM (PC)

    Plaintiff,

  vs.                                                      <u>ORDER</u>

DR. ALEX ZIGA, etc.,

    Defendant.
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 20, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.[1]

---

[1] On March 21, 2012, plaintiff filed a document containing additional information concerning the status of his legal property.  The document was signed by plaintiff on March 18, 2012.  Therein, plaintiff represents that he has received some, but not all, of his legal property.

1

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed March 21, 2012 (ECF No. 38), are ADOPTED in full; and

   2. Plaintiff's March 5, 2012, motion for temporary restraining order (ECF No. 36) is DENIED without prejudice to its renewal, as appropriate, if plaintiff has not received access to his legal property within thirty days from the date of this order.

Dated:  April 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE