IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DYKE EDWARD NELSON,

    Plaintiff,                      No. 2:10-cv-2156 MCE JFM (PC)

   vs.

DR. ALEX ZIGA, et al.,

    Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2012, plaintiff filed a document styled as objections to the magistrate judge's order filed April 19, 2012, denying plaintiff's April 9, 2012 motion for an extension of time to conduct discovery in this action. The Court construes this as a request for reconsideration of that order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2  the magistrate judge filed April 19, 2012 (ECF No. 43), is AFFIRMED.

Dated:  July 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE