UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYKE EDWARD NELSON, | No. 2:10-CV-02156 MCE JFM P |
| Plaintiff, | |
| v. | ORDER |
| DR. ALEX ZIGA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 16, 2013, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 72.) Plaintiff filed objections to the findings and recommendations (ECF No. 77) and Defendants filed a reply (ECF No. 78).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed August 16, 2013 (ECF No. 72), are ADOPTED IN FULL; and

2. Plaintiff's May 9, 2013, Motion to Alter or Amend the Judgment (ECF No. 69) is DENIED.

Dated: November 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT